Ruth Opas, an Infant, by Irwin Opas, Her Guardian ad Litem, and Irwin Opas, Appellants, v. Dr. Savage Physical Development Institute, Limited, and Another, Respondents.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that the testimony was sufficient to have justified the jury in finding both defendants negligent, and that the issue of the defendants' negligence should have been submitted to the jury. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes for affirmance.

Anne F. Hahn, as Administratrix, etc., of Mildred M. Hahn, Deceased, Respondent, v. Adolphe L. A. Caron, Appellant.— Judgment affirmed, with costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Fuller Blade Co., Inc., Respondent, v. Blu Strike Safety Razor Blade Co., Inc., and Another, Appellants, and Howard G. Strauss, Impleaded, Defendant, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

Mason Brayman Starring, Jr., and Others, Appellants, v. Hamilton Gas Company and Others, Respondents.*— Judgment and order modified by providing that the dismissal shall be without prejudice to new actions in conversion, if plaintiffs are so advised, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

William H. Waters, Inc., Respondent, v. Martin March and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

The City of New York and Another, Respondents, v. Concord Casualty and Surety Company, Appellant.†— Judgment and order affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to modify by reducing judgment to $50,009.22, with interest and costs. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

Max Roethel, Respondent, v. George J. Atwell and Others, Defendants, Impleaded with Morris Orenstein, Appellant. Morris Orenstein, Plaintiff, v. George J. Atwell, Defendant. (Appeals Nos. 1, 2 and 3.) — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.

In the Matter of Rieback & Mandell, Inc., Respondent, against Arthur Wullschleger and Another, Copartners, etc., Appellants, Impleaded with Another. Arthur Wullschleger and Another, Copartners, etc., Petitioners, Appellants, v. Rieback & Mandell, Inc., Respondent.— Order so far as appealed from reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Present — Martin, Merrell, O'Malley, Townley and Untermyer, JJ.